FILED
July 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D39

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Dung Xuan Pham | **Case No :** 09-48613 - A - 7 |
| | **Date :** 7/19/10 |
| | **Time :** 09:00 |

**Matter :** [34] - Motion/Application to Dismiss Case/Proceeding [JRR-1] Filed by Trustee John R. Roberts (maws)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

The motion is ORDERED GRANTED.

Dated: July 20, 2010

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge